Edward J. Grannis, Respondent, v. Charles R. Temple, Appellant.

— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.